# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143991

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                              SC: 143991
                                               COA: 298593
                                               Berrien CC: 2009-003639-FH
SCOTT THEODORE WHITE,
          Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the October 4, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012                    _____

d0227                                         Clerk